# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America v.<br>DA'SHAUN MARKEI JOHNSON<br>DOB: xx/xx/xxxx<br><br>*Defendant(s)* | Case: 1:25-mj-00210<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 9/8/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **SEPTEMBER 6, 2025** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | having been convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly receive and possess a firearm, that is, a Glock, Model: 43x, Caliber: 9mm, S/N: BUZV577, a privately made firearm (commonly referred to as a ghost gun) and did unlawfully and knowingly receive and possess ammunition, that is, 10 round capacity magazine containing 10 rounds of ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Lentine, Detective USPP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/08/2025

*Judge's signature*

City and state: Washington, D.C.     MATTHEW J. SHARBAUGH, Magistrate Judge
*Printed name and title*