## STATEMENT OF FACTS

On September 6, 2025, at approximately 8:48 p.m., Detective Michael Lentine and Investigator Nicolas Rice of the United States Park Police Executive Office were patrolling in an unmarked USPP Cruiser wearing plain clothes with external vests bearing US PARK POLICE. Investigator Andrew Keness was in another unmarked cruiser in the area.

While in the area of Malcom X Boulevard and Martin Luther King Jr. Avenue Southeast, Washington, D.C., Detective Lentine observed a silver Chevrolet bearing Maryland license plate 2CV4482. The vehicle had nonoperational tag lights. Detective Lentine activated his cruiser's emergency equipment and conducted a traffic stop at the intersection of Alabama Avenue Southeast and 10th Place Southeast, Washington, D.C. The vehicle was occupied by two individuals—Da'Shaun Johnson in the driver's seat, and Male 1 in the passenger seat.

Detective Lentine asked Johnson for his license, registration, and insurance. When Johnson opened the glove box to retrieve the requested documents, Detective Lentine observed in plain view what appeared to be a bottle consistent with those commonly used for promethazine. When asked about the bottle, Johnson appeared to become flustered and immediately began to fumble with the bottle. At Detective Lentine's request, Johnson gave the bottle to the detective. Detective Lentine observed that all the labelling had been removed from the bottle besides "Rx Only." A trace amount of liquid was observed at the bottom of the bottle.

As the traffic stop progressed, Johnson began profusely sweating from his forehead down to his neck. Detective Lentine asked Johnson about his behavior and Johnson responded that the vehicle's air conditioning was not working. Detective Lentine then asked Johnson to step out the vehicle, and Johnson complied. Detective Lentine asked Johnson if he could check him for weapons. While Johnson initially refused, he subsequently raised his hands from his side. Detective Lentine patted Johnson down and did not find any weapons.

Detective Lentine then asked Male 1 to step out of the vehicle, and Investigator Keness asked if Male 1 had any weapons. Male 1 responded that he had a weapon, but it was "in his name." In a pat down, Detective Lentine recovered a black Glock 21 with one round in the chamber and 11 rounds of ammunition in the 13-round capacity magazine from the front of Male 1's waistband. Male 1 did not have a valid license to carry this firearm and was subsequently placed under arrest for Carrying a Pistol Without a License (CPWL).

Law enforcement then searched the vehicle and discovered an additional firearm located underneath the driver's seat where Johnson was sitting. The firearm was a hybrid weapon, consisting of parts from a Glock 43 and a privately made firearm (commonly referred to as a ghost gun), fully loaded with 10 rounds of 9mm ammunition in a 10-round capacity magazine.

Your affiant is aware no firearms or ammunition is manufactured within the District of Columbia and therefore the Glock 43 parts of the recovered firearm and ammunition traveled in and affected interstate commerce.

Johnson's identity was confirmed by a Maryland driver's license. A criminal history check revealed that Johnson had been convicted of possessing a loaded handgun in a vehicle and sentenced on July 19, 2025, to three years of incarceration, all of which was suspended in Upper Marlboro, Maryland. Accordingly, Johnson would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he possessed this firearm and ammunition.

        Respectfully Submitted,

        _____
        Detective Michael Lentine
        U.S. Park Police

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 8, 2025.

_____
THE HONORABLE MATTHEW J. SHARBAUGH
U.S. MAGISTRATE JUDGE